| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | | |
|---|---|---|
| BRICKLAYER & TROWEL TRADES PENSION FUND, *et al.*, | § § § § | |
| Plaintiffs, | § § | |
| *versus* | § § § | |
| CORBELL MASONRY, INC., | § § | MISC. NO. 1:19-MC-14 |
| Defendant, | § § § | |
| and | § § | |
| BBVA BANK, | § § § | |
| Garnishee. | § | |

## ORDER

Pending before this Court is the Motion for Writ of Garnishment (#2) filed by Plaintiffs Bricklayers & Trowel Trades International Pension Fund, et al., ("Plaintiffs"). Upon consideration of the Motion, the evidence on file, and the applicable law, the court finds:

1. Plaintiffs have a final, valid, and subsisting judgment against Defendant Corbell Masonry, Inc. ("Debtor"), obtained in the United States District Court for the District of Columbia, to wit Civil Action No. 1:19-cv-01065-TSC-DAR, *Bricklayers & Trowel Trades International Pension Fund, et al. v. Corbell Masonry, Inc.* ("the Judgment") in the amount of $187,008.63, besides interest and costs of suit.

2. The Judgment has been registered in this District under Miscellaneous No. 1:19-mc-14, and is unsatisfied.

3. Plaintiffs have reason to believe and do believe that BBVA Bank, formerly known as Compass Bank, located at 8425 Phelan Boulevard, Beaumont, Texas 77706 ("Garnishee"), has property belonging to Debtor or is indebted to Debtor.

4. Plaintiffs are entitled to the issuance of a Writ of Garnishment.

It is, therefore, ORDERED that the Motion for Writ of Garnishment (#2) is GRANTED. The United States District Clerk for the Eastern District of Texas, Beaumont Division, shall issue the Writ of Garnishment filed by Plaintiffs.

SIGNED at Beaumont, Texas, this 22nd day of August, 2019.

*Marcia A. Crone*
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE